UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-80166 |
| Mark H. Mathews and Stephanie L. Mathews | ) ) ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) ) | |
| Debtor(s) | ) | |

## MOTION TO REDACT PERSONAL INFORMATION

Now comes Rockford Mercantile Agency, Inc. and respectfully request that this Honorable Court order the court clerk to replace the non-redacted Official Form 410 Proof of Claim filed on May 24, 2017, with the attached redacted version of Official Form 410 Proof of Claim for the following reason: Rockford Mercantile Agency, Inc. inadvertently included the Official Form 309 Notice of Chapter 13 Bankruptcy Case with the initial filing on May 24, 2017, containing the Petitioner's full Social Security Numbers.

WHEREFORE, Rockford Mercantile Agency, Inc. respectfully pray that this Honorable Court enter an Order for the clerk to replace the attached redacted version of Official Form 410 Proof of Claim and for such other additional relief as this Honorable Court deems just and necessary.

Dated: 5-31-17

**Prepared by:**
Rockford Mercantile Agency, Inc.
2502 S. Alpine Rd.
Rockford, IL 61108

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN -2 2017
JEFFREY P. ALLSTEADT, CLERK

**PAID**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN -2 2017
JEFFREY P. ALLSTEADT, CLERK

Rev: 20170105_bko